**E-Filed 2/24/09**

1   JOSEPH P. RUSSONIELLO
    United States Attorney
2   THOMAS M. NEWMAN
    Assistant United States Attorney
3    9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, CA 94102
     Telephone:   (415) 436-6888
5    Fax:         (415) 436-6748

6   Attorneys for the United States of America

7              UNITED STATES DISTRICT COURT FOR THE

8                NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,        )   No. 08-cv-4823-JF
                                     )
11             Plaintiff,            )
                                     )   STIPULATION AND ORDER
12         v.                        )   CONTINUING CASE MANAGEMENT
                                     )   CONFERENCE
13  KEVIN & NANCY RYAN,              )
                                     )
14             Defendant.            )
                                     )
15  _____ )

16         IT IS HEREBY AGREED AND STIPULATED by and between counsel for the parties

17  that the case management conference current set for February 27, 2009, be continued until April

18  24, 2009.  The parties are currently discussing alternative payment option related to the tax

19  liabilities at issue.  At this point, the parties agree that more time is needed to evaluate how this

20  case will proceed.

21                                       JOSEPH P. RUSSONIELLO
                                         United States Attorney
22

23  Dated: February 17, 2009            /s/ Thomas M. Newman
                                         THOMAS M. NEWMAN
24                                       Attorneys for Plaintiff

25
    Dated:  2/23/09                      /s/ Gerald Sweeney
26                                       GERALD SWEENEY
                                         Attorney for Defendant
27
           IT IS SO ORDERED.
28

                                         _____
                                         JEREMY FOGEL
                                         UNITED STATES DISTRICT COURT JUDGE