JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS NEWMAN  (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:    (415) 436-7017
 Fax:               (415) 436-6748
 thomas.newman2@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,**       ) ) ) | **Case No. 5:08-cv-4823-JF** |
| **Petitioners,**       ) ) ) | **STIPULATION TO CONTINUE ORDER TO SHOW CAUSE HEARING** |
| **v.**       ) ) ) | |
| **KEVIN AND NANCY RYAN,**       ) ) ) | |
| **Respondents.**       ) | |

The parties jointly request an extension until July 17, 2009 of the Order to Show Cause Hearing and stipulate as follows:

1. There is current an Order to Show Cause related to petitioners' request for judicial approval to levy respondents' principal residence set for March 27, 2009.

2. The parties previously stipulated to a continuance of the Case Management Conference in this matter.  The parties may request to keep that hearing as, at that time, the parties would have a better idea of how to proceed.

3. At this point, the parties are discussing possible issues, defenses, and alternatives to levy.  In that regard, respondents' have provided updated information and expect to provide additional information that would shed light on how to resolve this action in a manner that is sufficient for both parties.  Both parties agree it would be more efficient to continue the hearing until the parties are better able to understand how to proceed.

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*                               1

1
2
3   DATED: March 26, 2009

4                                                      */s/Gerald Sweeney*
                                                       GERALD SWEENEY
5                                                      Attorney for Respondents
    DATED: March 26, 2009
6                                                      JOSEPH P. RUSSONIELLO
                                                       United States Attorney
7

8                                                      */s/*   Thomas Newman
                                                       THOMAS M. NEWMAN
9                                                      Assistant United States Attorney
                                                       9th Floor Federal Building
10                                                     450 Golden Gate Avenue, Box 36055
                                                       San Francisco, CA 94102
11                                                     Telephone:
                                                       (415) 436-6805
12                                                     Fax: (415) 436-6748
                                                       Attorney for the United States
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*                     2

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,** | **Case No. 5:08-cv-4823-JF** |
| **Petitioners,** | **ORDER** |
| v. | |
| **KEVIN AND NANCY RYAN,** | |
| **Respondents.** | |

In accordance with the stipulation of the parties,

IT IS SO ORDERED.

Dated: March 26, 2009

_____
JEREMY FOGEL
United States District Court Judge

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*     3