JOSEPH P. RUSSONIELLO  
United States Attorney  
THOMAS NEWMAN (NYSBN 4256178)  
Assistant United States Attorney  
 9th Floor Federal Building  
 450 Golden Gate Avenue, Box 36055  
 San Francisco, California 94102  
 Telephone:   (415) 436-7017  
 Fax:              (415) 436-6748  
 thomas.newman2@usdoj.gov  

\*\*E-Filed 4/22/09\*\*

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,** | Case No. 5:08-cv-4823-JF |
| **Petitioners,** | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| **KEVIN AND NANCY RYAN,** | |
| **Respondents.** | |

The parties jointly request an extension until July 24, 2009 of the Case Management Conference and stipulate as follows:

1. There is currently a Case Management Conference set for April 24, 2009.

2. The parties have previously continued the Order to Show Cause date until July 17, 2009. The parties jointly request continuing the case management conference until after the July 17, 2009, Order to Show Cause date.

3. The parties further agree that it would be more beneficial to have additional discussions regarding this case after the Order to Show Cause hearing.

*Stipulation to Continue*  
*Case No. 5:08-cv-4823-JF*          1

1  DATED: April 21, 2009

2
                                              */s/Gerald Sweeney*
3                                             GERALD SWEENEY
                                              Attorney for Respondents
4  DATED: April 21, 2009
                                              JOSEPH P. RUSSONIELLO
5                                             United States Attorney

6
                                              */s/*   Thomas Newman
7                                             THOMAS M. NEWMAN
                                              Assistant United States Attorney
8                                             9th Floor Federal Building
                                              450 Golden Gate Avenue, Box 36055
9                                             San Francisco, CA 94102
                                              Telephone:
10                                            (415) 436-6805
                                              Fax: (415) 436-6748
11                                            Attorney for the United States

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*           2

|   |   |
|---|---|
| 1 |   |
| 2 |   |

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer, | ) ) ) | Case No. 5:08-cv-4823-JF |
|---|---|---|
| Petitioners, | ) ) | ORDER |
| v. | ) ) |   |
| KEVIN AND NANCY RYAN, | ) ) |   |
| Respondents. | ) ) |   |

In accordance with the stipulation of the parties, the Case Management Conference is continued to July 17, 2009 at 9:00 a.m. to be heard with the Show Cause Hearing.

IT IS SO ORDERED.

Dated: April 22, 2009

_____
JEREMY FOGEL
United States District Court Judge

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*                3