JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS NEWMAN (NYSBN 4256178)         **E-Filed 7/16/2009**
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7017
Fax:        (415) 436-6748
thomas.newman2@usdoj.gov

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and**<br>**DAVID PALMER, Revenue Officer,**<br><br>Petitioners,<br><br>v.<br><br>**KEVIN AND NANCY RYAN,**<br><br>**Respondents.** | **Case No. 5:08-cv-4823-JF**<br>**ORDER APPROVING**<br>**STIPULATION TO CONTINUE**<br>**ORDER TO SHOW CAUSE**<br>**AS MODIFIED; AND CONTINUING CMC** |

The parties jointly stipulate to an extension until July 31, 2009 of the Order to Show Cause as follows:

1. The return date for the Order to Show Cause is currently set for July 17, 2009. The Order to Show Cause, accordance with the Court's Civil Local Rules, allowed petitioners 14-days in advance of the hearing to file a reply.

2. The parties agree to extend the return date of the Order until July 31, and that the United States shall have until July 21, 2009, to file a reply.

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*                 1

| | |
|---|---|
| 1　DATED: July 13, 2009 | |
| 2 | |
| 3 | _(signature)_ |
| | GERALD SWEENEY |
| | Attorney for Respondents |
| 4　DATED: July 13 2009 | |
| 5 | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| 6 | |
| 7 | /s/　Thomas Newman |
| | THOMAS M. NEWMAN |
| 8 | Assistant United States Attorney |
| | 9th Floor Federal Building |
| 9 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, CA 94102 |
| 10 | Telephone: |
| | (415) 436-6805 |
| 11 | Fax: (415) 436-6748 |
| | Attorney for the United States |

Lines 12–28 blank.

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*　　　　　2

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,** ) | **Case No. 5:08-cv-4823-JF** |
| **Petitioners,** ) | **ORDER** |
| v. ) | |
| **KEVIN AND NANCY RYAN,** ) | |
| **Respondents.** ) | |

In accordance with the stipulation of the parties, the return date is extended. The Court is not available on July 31 and so extends the return date and CMC to August 10, 2009.

IT IS SO ORDERED.

Dated: July 16, 2009

_____
JEREMY FOGEL
United States District Court Judge

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*                    3