JOSEPH P. RUSSONIELLO  
United States Attorney  
THOMAS NEWMAN (NYSBN 4256178)  
Assistant United States Attorney  
 9th Floor Federal Building  
 450 Golden Gate Avenue, Box 36055  
 San Francisco, California 94102  
 Telephone:    (415) 436-7017  
 Fax:             (415) 436-6748  
 thomas.newman2@usdoj.gov  

Attorneys for the United States of America

\*\*E-Filed 9/30/2009\*\*

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,**   Petitioners,   v.   **KEVIN AND NANCY RYAN,**   Respondents. | **Case No. 5:08-cv-4823-JF**  ORDER APPROVING **STIPULATION TO CONTINUE ORDER TO SHOW CAUSE HEARING** AS MODIFIED BY THE COURT |

The parties jointly request an extension until November 6, 2009 of the Order to Show Cause Hearing and stipulate as follows:

1.     There is currently an Order to Show Cause related to petitioners' request for judicial approval to levy respondents' principal residence set for October 2, 2009.

2.     The Court set the October 2, 2009 date with the expectation that the parties participate in a settlement conference prior to the hearing. However, Magistrate Judge Seeborg was not available until October 6, 2009.

3.     The parties request until November 6, 2009, at 9:00 am so that the settlement conference and any further settlement discussions can me finalized prior to the hearing.

*Stipulation to Continue*  
*Case No. 5:08-cv-4823-JF*                         1

1  DATED: September 28, 2009

2
               */s/Gerald Sweeney*
3              GERALD SWEENEY
               Attorney for Respondents
4  DATED: September 28, 2009
               JOSEPH P. RUSSONIELLO
5              United States Attorney

6
               */s/*   Thomas Newman
7              THOMAS M. NEWMAN
               Assistant United States Attorney
8              9th Floor Federal Building
               450 Golden Gate Avenue, Box 36055
9              San Francisco, CA 94102
               Telephone:
10             (415) 436-6805
               Fax: (415) 436-6748
11             Attorney for the United States

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*                2

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,** ) | **Case No. 5:08-cv-4823-JF** |
| ) | |
| Petitioners, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| **KEVIN AND NANCY RYAN,** ) | |
| ) | |
| Respondents. ) | |

In accordance with the stipulation of the parties, as modified by the Court, the hearing on the Order to Show Cause is CONTINUED to November 13, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 30, 2009

_____
JEREMY FOGEL
United States District Court Judge

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*            3