JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS NEWMAN  (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:    (415) 436-7017
 Fax:             (415) 436-6748
 thomas.newman2@usdoj.gov

**E-Filed 1/15/2010**

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,   Petitioners,   v.  KEVIN AND NANCY RYAN,   Respondents. | Case No. 5:08-cv-4823-JF  ORDER APPROVING STIPULATION TO CONTINUE ORDER TO SHOW CAUSE |

　　　　The parties jointly stipulate to an extension until March 26, 2010 of the Order to Show Cause as follows:

　　　　1.　　The return date for the Order to Show Cause is currently set for January 15, 2010. At the previous status hearing, the Court directed the parties to schedule a date before Magistrate Judge Lloyd to conduct a settlement conference.  To date the parties have been unable to schedule the settlement conference because defendants have not been available to participate in a settlement conference.

　　　　2.　　Prior to the continued March 26, 2010, date, the parties will find a mutually agreeable time to schedule the conference with Magistrate Judge Lloyd.

　　　　3.　　The parties request this extension to ensure that defendants will be available and because plaintiffs' counsel is currently preparing for trials in Case Nos. 08-222-WHA and 08-

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*　　　　　　　　　1

1  236, which is expected to take several weeks.  For those reasons, the parties agree that this
2  extension is warranted.

3
4
5
6
7
   DATED: January 13, 2010
8
9                                                               /s/ Gerald Sweeney
                                                               GERALD SWEENEY
10 DATED: January 13, 2010                                     Attorney for Respondents

11                                                             JOSEPH P. RUSSONIELLO
                                                               United States Attorney
12
13                                                              /s/   Thomas Newman
                                                               THOMAS M. NEWMAN
14                                                             Assistant United States Attorney
                                                               9th Floor Federal Building
15                                                             450 Golden Gate Avenue, Box 36055
                                                               San Francisco, CA 94102
16                                                             Telephone:
                                                               (415) 436-6805
17                                                             Fax: (415) 436-6748
                                                               Attorney for the United States
18
19
20
21
22
23
24
25
26
27
28

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*             2

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,** | Case No. 5:08-cv-4823-JF |
| **Petitioners,** | **ORDER** |
| v. | |
| **KEVIN AND NANCY RYAN,** | |
| **Respondents.** | |

In accordance with the stipulation of the parties,

IT IS SO ORDERED.

Dated: January 15, 2010

_____
JEREMY FOGEL
United States District Court Judge

*Stipulation to Continue*
*Case No. 5:08-cv-4823-JF*                3