GERALD B. SWEENEY (CA Bar #122874)
SWEENEY LEV LLC
460 Bloomfield Avenue, Suite 200
Montclair, NJ 07042
(973) 509-1800 (Telephone)
(973) 509-1074 (Fax)
gsweeney@sweeneylev.com
Attorneys for Kevin and Nancy Ryan

**E-Filed 3/24/2010**

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer, | ) ) ) | **Case No. 5:08-cv-4823-JF** |
| Petitioners, | ) ) | **STIPULATION TO CONTINUE ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| KEVIN AND NANCY RYAN, | ) ) | |
| Respondents. | ) ) ) | |

The parties jointly stipulate to an extension until July 16, 2010 of the Order to Show Cause as follows:

1.     The return date for the Order to Show Cause is currently set for March 26, 2010. At the previous status hearing, the Court directed the parties to schedule a date before Magistrate Judge Lloyd to conduct a settlement conference.  To date the parties have been unable to schedule the settlement conference because defendants have not been able or available to participate in a settlement conference.

2.     Prior to the continued July 16, 2010 date, the parties will find a mutually agreeable time to schedule the conference with Magistrate Judge Lloyd.

3.     The parties request this extension to ensure that defendants will be able and available to participate in the settlement conference and proceedings and because plaintiffs'

counsel is currently preparing for trials and expects to be tied up into June and the parties will then need time in June for the conference with Magistrate Judge Lloyd.  For those reasons, the parties agree that this extension is warranted.

DATED: March 23, 2010

                             _/s/ Gerald Sweeney_
                             GERALD SWEENEY
                             Attorney for Respondents

DATED: March 23, 2010

                             JOSEPH P. RUSSONIELLO
                             United States Attorney


                             _/s/   Thomas Newman_
                             THOMAS M. NEWMAN
                             Assistant United States Attorney
                             9th Floor Federal Building
                             450 Golden Gate Avenue, Box 36055
                             San Francisco, CA 94102
                             Telephone:  (415) 436-6805
                             Fax: (415) 436-6748
                             Attorney for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>DAVID PALMER, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>KEVIN AND NANCY RYAN,<br><br>Respondents. | ) Case No. 5:08-cv-4823-JF<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

In accordance with the stipulation of the parties,

IT IS SO ORDERED.

Dated: March 24, 2010

_____
JEREMY FOGEL
United States District Court Judge