JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-6805
 Fax:          (415) 436-6748

**E-Filed 7/15/2010**

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **CASE NO. 05:08-4823-JF** |
| **Plaintiffs,** | ) **STIPULATION TO CONTINUE** |
| v. | ) |
| **KEVIN AND NANCY RYAN,** | ) |
| **Defendant.** | ) |

The parties stipulate as follows:

1.  This case was initially referred for settlement to the Honorable Richard Seeborg. Following Judge Seeborg's re-assignment the case was referred to Magistrate Judge Lloyd for settlement. The parties have since arranged for an August 13, 2010 settlement conference and request that the return date of the order to show cause be reset for September 10, 2010, after the conference.

Stipulation to Continue
CASE NO. 08-4823-JF                    -1-

DATED: July 13, 2010

```
                                        /s/
                                        Gerald Sweeney
                                        Attorney for defendants
```

DATED: July 13, 2010

```
                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        /s/
                                        THOMAS M. NEWMAN
                                        Assistant United States Attorney
                                        9th Floor Federal Building
                                        450 Golden Gate Avenue, Box 36055
                                        San Francisco, CA 94102
                                        Telephone:   (415) 436-6805
                                        Fax:         (415) 436-6748
                                        Attorney for the United States
```

Stipulation to Continue
CASE NO. 08-4823-JF                       -2-

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) **CASE NO. 05:08-4823-JF**<br>) |
| **Plaintiffs,** | ) **ORDER**<br>) |
| v. | )<br>) |
| **KEVIN AND NANCY RYAN,** | )<br>) |
| **Defendant.** | )<br>) |

In accordance with the stipulation of the parties and good cause being shown, the return date of the order to show cause is continued to September 10, 2010.

IT IS SO ORDERED.

Dated: January 15, 2009

_____
Jeremy Fogel
United States District Court Judge

Stipulation to Continue
CASE NO. 08-4823-JF                    -3-