**\*\* E-filed July 29, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer, <br><br> Plaintiffs, <br> v. <br><br> KEVIN and NANCY RYAN, <br><br> Defendants. <br> _____ / | No. C08-04823 JF <br><br> **ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |

By written request dated July 18, 2010, plaintiff United States of America, by and through its counsel, Thomas M. Newman, requested that the individual with full settlement authority be excused from personally appearing at the settlement conference in this case, scheduled for August 13, 2010. According to Mr. Newman, the individual with full settlement authority is Richard Ward, Chief of the Western Section of the Tax Division of the United States Department of Justice. No opposition was filed by any party, and the time for doing so has now expired.

Having considered the Government's request, and good cause appearing, the Court grants the request, provided that Mr. Ward remain available by telephone from 9:30 a.m. Pacific Standard Time until further notice on August 13, 2010. If the Court concludes, however, that the absence of Mr. Ward is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

1  **IT IS SO ORDERED.**

2  Dated: July 29, 2010



3
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 08-02921 HRL Notice will be electronically mailed to:**

Gerald Bingham Sweeney   gsweeney@sweeneylev.com
Thomas M. Newman   thomas.newman2@usdoj.gov

**Notice will be provided by other means to:**

Dennis M Hasse
Sweeney Lev LLC
460 Bloomfield Avenue
Suite 200
Montclair, NJ 07042

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**