GERALD B. SWEENEY (CA Bar #122874)
SWEENEY LEV LLC
460 Bloomfield Avenue, Suite 200
Montclair, NJ 07042
(973) 509-1800 (Telephone)
(973) 509-1074 (Fax)
gsweeney@sweeneylev.com
Attorneys for Kevin and Nancy Ryan

** E-filed August 10, 2010 **

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>KEVIN AND NANCY RYAN,<br><br>Respondents. | Case No. 5:08-cv-4823-JF<br><br>STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>Judge Jeremy Fogel<br><br>Magistrate Judge Howard Lloyd |

The parties jointly stipulate to an extension until October 21, 2010 of the Settlement Conference as follows:

1. The Settlement Conference is currently set for August 13, 2010. To date, the parties have been unable to participate or prepare for the settlement conference due to Respondents' health and other problems and Respondents are still not able to effectively participate in a settlement conference.

2. The parties request this extension of the Settlement Conference to ensure that Respondents will be able and available to effectively participate in the settlement conference and proceedings. For those reasons, the parties agree that this extension is warranted.

DATED: August 9, 2010

                                          */s/* Gerald Sweeney
                                          GERALD SWEENEY
                                          Attorney for Respondents

DATED: August 9, 2010

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          */s/*   Thomas Newman
                                          THOMAS M. NEWMAN
                                          Assistant United States Attorney
                                          9th Floor Federal Building
                                          450 Golden Gate Avenue, Box 36055
                                          San Francisco, CA 94102
                                          Telephone:  (415) 436-6805
                                          Fax: (415) 436-6748
                                          Attorney for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer, | ) ) ) Case No. 5:08-cv-4823-JF ) |
| Petitioners, | ) ORDER ) |
| v. | ) ) ) |
| KEVIN AND NANCY RYAN, | ) ) |
| Respondents. | ) ) |

In accordance with the stipulation of the parties,

IT IS SO ORDERED.

Dated: August 10, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge

**Stipulation to Continue**
**Case No. 5:08-cv-4823-JF**                    3